FILED

2019 DEC -3 AM 11:51

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V. PLAINTIFF | 1:19-cr-374 |
| Rani El-Saadi | |
| USMS# _____ DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT    **19MJ05102**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 12/3/19  11:00   ☑ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☑ No

4. Charges under which defendant has been booked:
   18 USC 371 – Conspiracy
   52 USC 30122 and 30109(d)(1)(A)(i); 18 USC 2 – Making Conduit Contributions and Aiding and Abetting

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☑ No   ☐ Yes   Language: _____

7. Year of Birth: 1980

8. Defendant has retained counsel:   ☐ No
   ☑ Yes   Name: Harland Braun   Phone Number: 310-277-4777

9. Name of Pretrial Services Officer notified: Vivian

10. Remarks (if any): _____

11. Name: Brandon Merriman (please print)

12. Office Phone Number: 703-686-6000    13. Agency: FBI

14. Signature: [signature]    15. Date: 12-3-19

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION